UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

In re:   JOHNSON, ROBERT                    Case No.  05-38863 MDM
                                                      Chapter 7
         Debtor
_____

NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT
_____

Larry Liebzeit, the Trustee in this case, intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's intended abandonment, or if you want the court to consider your views on the matter, then **on or before February 9, 2009**, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for a hearing at:

    Clerk, U. S. Bankruptcy Court
    Room 126, Federal Courthouse
    517 E. Wisconsin Avenue
    Milwaukee, WI 53202

2. If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

3. You must also mail a copy to:

    Office of the U. S. Trustee            Larry Liebzeit, Trustee
    517 E. Wisconsin Ave., Rm 430          512 W. College Ave.
    Milwaukee, WI 53202                    Appleton, WI 54911

If you or your attorney do not take these steps, the Court may decide that you do not oppose

Larry Liebzeit, Trustee
512 W. College Ave.
Appleton, WI 54911
Tel: 920-739-6307
Fax: 920-739-3019

the relief sought in the Trustee's notice and may enter an order granting that relief.

The Trustee intends to abandon the estate's interest in the following property for the reasons set forth:

**Property to be Abandoned because of Security Interests, Liens and/or Exemptions**

The Trustee intends to abandon the following property because, after considering exemptions claimed by the Debtor under **federal law**, and perfected security interests and liens against the property, each item of property is burdensome and/or of inconsequential value to the estate as follows:

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Amount of Lien or Security Interest in Property | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| Cash | 180 | 180 | 180 | -0- | -0- |
| Checking at US Bank | 610 | 610 | 610 | -0- | -0- |
| Clothing | 150 | 150 | 150 | -0- | -0- |
| 3 Watches | 300 | 300 | 300 | -0- | -0- |
| Smith & Wesson | 200 | 200 | 200 | -0- | -0- |
| Lottery Winnings | 10,000 | 1000/wk | 2500 | -0- | * |
| 2000 Mercury LS | 9000 | 9000 | 9000 | -0- | -0- |

*The amount received through this asset, as is necessary to pay 100% of the allowed claims, interest and administrative expenses, is not being abandoned by the bankruptcy estate.

The Trustee reserves the right to withdraw from the proposed abandonment should circumstances require. Requests for additional information should be directed to the Trustee.

Dated this 9th day of January, 2009.    /s/_____
                                        Larry Liebzeit, Trustee

Larry Liebzeit, Trustee
512 W. College Ave.
Appleton, WI 54911
Tel: 920-739-6307
Fax: 920-739-3019